**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1599**

---

DAVID WAYNE HALL, SR.,

                              Plaintiff - Appellant,

      versus

J. KEVIN O'BRIEN; UNITED STATES DEPARTMENT OF
JUSTICE,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, M.J. Garbis, District Judges. (CA-95-3285-WMN)

---

Submitted: July 23, 1996            Decided: August 2, 1996

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Wayne Hall, Sr., Appellant Pro Se. Kaye A. Allison, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing this civil action filed under the Freedom of Information Act.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hall v. O'Brien</u>, No. CA-95-3285-WMN (D. Md. Apr. 16, 1996). We deny Appellant's motion for counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] 5 U.S.C. § 552 (1988).